(Reap. Dec. 8896)

SOL KAHANER & BRO. ET AL. *v.* UNITED STATES

Entry No. 996131, etc.

(Decided July 10, 1957)

*Siegel, Mandell & Davidson* for the plaintiffs.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: The appeals for reappraisement, enumerated in schedule "A," hereto attached and made a part hereof, relate to various articles of merchandise exported from France and entered at the port of New York.

The cases are before me on stipulated facts that show export value, as defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for appraisement of the merchandise in question, and which establish such statutory value for each of the items to be the unit value, as invoiced, and I so hold. Judgment will be rendered accordingly.

(Reap. Dec. 8897)

THE OTTO GERDAU CO. *v.* UNITED STATES

Entry No. 879582.

(Decided July 10, 1957)

*Strauss & Hedges* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

FORD, Judge: The appeal listed above has been submitted for decision upon an agreed statement of facts to the effect that on or about the date of exportation the market value or price at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of Japan, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States, was the appraised value, less ocean freight and insurance, as invoiced, and that the foreign value was no higher.

Upon the agreed statement of facts, I find and hold the proper dutiable export value of the merchandise covered by this appeal to be the appraised value, less ocean freight and insurance, as invoiced.

Judgment will be rendered accordingly.